Emily Nepil, Appellee, v. Joseph Zeman, Appellant.
Gen. No. 42,792.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. George A. Bosomburg, for appellant; Guy C. Guerine, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.

Patrick D. Casey et al., Appellees, v. Walter J. McGuire and Vernon M. Welsh, Stock Trustees, Appellees, Ernestine Kahn, Appellee, M. H. Case, Appellant.

Gen. Nos. 42,800, 42,825.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Thomas Dodd Healy, for appellant; Edward Atlas, of counsel; Aronson & Aronson, for certain appellees; J. Henry Aronson and Leo E. Aronson, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for certain other appellees; Joseph B. Fleming, Vernon M. Welsh and Wayne F. Swonk, of counsel; Alster, Berger & Wald, for certain other appellee; Simon H. Alster and Jerome S. Wald, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.